1  JAMES D. PERKINS, WSBA #12996
   Attorney for the United States Trustee
2  United States Dept. of Justice
   920 West Riverside, Room 593
3  Spokane, WA  99201
   Telephone (509) 353-2999
4  Fax (509) 353-3124

5

6                    **UNITED STATES BANKRUPTCY COURT**
                     **EASTERN DISTRICT OF WASHINGTON**
7

8   In re:

9                                                 Case No.  14-01974-FLK7
    Philip G. Rosenkranz
10                                                UNITED STATES TRUSTEE'S
                                                  NOTICE OF AND MOTION TO
           Debtor                                 EXTEND TIME
11

12

13          Please take notice that the United States Trustee hereby moves the court for an

14  order that extends the time for filing a motion to dismiss under 11 U.S.C. § 707(b) or a

15  complaint objecting to discharge under 11 U.S.C. § 727.   The United States Trustee

16  does so on the following grounds:

17          1.    The United States Trustee is currently reviewing this case to determine

18  whether either a motion to dismiss under 11 U.S.C. § 707(b) or a complaint objecting

19  to discharge under 11 U.S.C. § 727 would be appropriate in case.

20          2.    The United States Trustee began reviewing this case shortly after it was

21  filed and has asked the Debtor to provide information to assist the United States

22  Trustee in its review.  The Debtor has cooperated with the United States Trustee's

23  office and is continuing to do so.  However, the United States Trustee is currently

24  waiting for the Debtor to provide certain additional requested information.

25          3.    The current deadlines for bringing either a motion to dismiss under 11

26  U.S.C. § 707(b) or a complaint objecting to discharge under 11 U.S.C. § 727 are

27

28  United States Trustee's Motion to Extend Time - 1

1  August 18, 2014 and September 8, 2014.  There is not sufficient time before those

2  deadlines for the Debtor to provide the United States Trustee with the necessary

3  information, for the United States Trustee to review that information, for the United

4  States Trustee to make a decision whether to bring a motion to dismiss or a complaint

5  objecting to discharge, and (if appropriate) for the United States Trustee to draft, file

6  and serve the necessary motion/complaint.  If the United States Trustee is required to

7  seek production of this information pursuant to Bankruptcy Rule 2004, then even

8  more time will be required.

9       4.     Bankruptcy Rule 4004(b) permits the Court to extend the time to filing a

10  complaint objecting to discharge for cause.  Bankruptcy Rule 1017(e)(1) similarly

11  provides that the Court may extend the time for filing a §707(b) motion to dismiss,

12  again for cause shown.  In both cases, the request for an extension of time must be

13  filed before the original deadline.

14       5.     Here, the United States Trustee's inability to complete the investigation into

15  the Debtor's financial situation despite diligence in pursuing that investigation

16  constitutes cause for extension of the deadline for filing such a motion/complaint.

17  This motion is brought before the current filing deadline has expired and is timely.

18       Wherefore, the court is respectfully requested to extend the time for filing a

19  motion to dismiss under 11 U.S.C. § 707(b) or a complaint objecting to discharge under

20  11 U.S.C. § 727 to October 17, 2014.

21

22  UNLESS YOU FILE A written objection with the clerk of the court at 402 E. Yakima

23  Ave., Suite 200, Yakima, WA 98901 or 904 West Riverside Avenue, Room 304,

24  Spokane, WA 99201 and serve a copy on the undersigned, and on the trustee, within 24

25  days of the date of this notice, an order may be entered without further notice to you.

26

27

28  United States Trustee's Motion to Extend Time - 2

1    **THE UNDERSIGNED ATTORNEY HEREBY CERTIFIES THAT ALL**

2    **ENTITIES ENTITLED TO NOTICE OF THIS DOCUMENT ARE REGISTERED**

3    **PARTICIPANTS IN THE CM/ECF SYSTEM IN THIS CASE.**

4    Dated: August 14, 2014

5
                                         Respectfully submitted,
6
                                         GAIL BREHM GEIGER
7                                        Acting United States Trustee

8                                        /s/ *James D. Perkins*
                                         JAMES D. PERKINS
9                                        Attorney for the United States Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   United States Trustee's Motion to Extend Time - 3